**IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| FRANCES ZIZZO ZACCARDI,<br><br>        Plaintiff,<br><br>                v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Civil No. 2:07-CV-439-PGC-BCW |

Before the court is the Report and Recommendation (#10) issued by United States Magistrate Judge Wells on October 12, 2007, recommending that United States' motion to dismiss be granted and the plaintiff's motion to quash be denied.   The plaintiff has filed an objection, raising arguments that are not meritorious.  The IRS is plainly entitled to conduct the kind of investigation it is conducting.

After reviewing the relevant materials, including the reasoning set forth in Judge Well's Report and Recommendation, the court ADOPTS the Report and Recommendation (#16) and, accordingly, DISMISSES plaintiff's case and DENIES plaintiff's motion to quash.  The clerk's office is directed to close the case.

DATED this 2nd day of November, 2007.

BY THE COURT:

_____
Paul G. Cassell,
United States District Judge